UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No: 18-48000-399  Chapter 13 |
| | ) |
| JAMES STANLEY HARRIS | ) |
| MERCEDES DAMITA HARRIS | ) |
| | ) |
| **Debtors** | ) |
| | ) |

### TRUSTEE'S WITHDRAWAL OF OBJECTION TO CLAIM

**COMES NOW** Diana S. Daugherty, Standing Chapter 13 Trustee, and withdraws her Objection To Claim dated January 23, 2019, to claim 9 filed on behalf of UNITED CONSUMER FINANCIAL SVCS.

Dated: January 24, 2019  
WDOCLM--AC

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143
(314) 781-8100  Fax: (314) 781-8881
trust33@ch13stl.com

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on January 24, 2019, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

I certify that a true and correct copy of the foregoing document was filed electronically with the United States Bankruptcy Court, and has been served by Regular United States Mail Service, first class, postage fully pre-paid, addressed to those parties listed on the Court's Manual Notice List and listed below on January 24, 2019.

JAMES STANLEY HARRIS
MERCEDES DAMITA HARRIS
618 MARSHFIELD DRIVE
SAINT LOUIS, MO  63137

UNITED CONSUMER FINANCIAL SVCS
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712

BASS & ASSOC PC
3936 E FORT LOWELL RD
STE 200
TUCSON, AZ  85712

/s/ Diana S. Daugherty, Chapter 13 Trustee
Diana S. Daugherty, Chapter 13 Trustee